Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee

| | | |
|---|---|---|
| In RE: MARTINEZ, ESTEBAN<br>11867 206TH STREET<br>LAKEWOOD CA 90715 | MARTINEZ, PATRICIA | Case Number 0223432 SB | Report Printed 7/9/04 |

Dismissed
Plan Filed: 5/7/02      Plan Confirmed: 11/4/02
Attorney: ROBERTS & URE, A.P.C.

**Final Report and Account**

SS #: 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
SS #: 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
Case Concluded: 11/07/2003

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan. Copies of these detailed records have been filed with the Court, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.    $5,073.00

| Creditor Name | Clm Num | Class | Claimed | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| TRIAD FINANCIAL CORP.<br>7711 CENTER AVE. #250<br>HUNTINGTON BEACH, CA 92647- | 201-0 | Sec | 4,753.00 | 4,753.04 | 307.51 | | 248.54 | $4,445.53 |
| AMERICREDIT<br>P.O. BOX 183853<br>ARLINGTON, TX 76096- | 202-0 | Sec | 5,065.00 | 5,065.00 | 327.75 | | 264.80 | $4,737.25 |
| CITIMORTGAGE<br>P.O. BOX 790007<br>SAINT LOUIS, MO 63179-0007 | 301-0 | Sec | 14,110.54 | 14,110.54 | 1,588.12 | | | $12,522.42 |
| TRIAD FINANCIAL<br>DEPT. CH10104<br>PALATINE, IL 60055-0001 | 401-0 | Uns | 0.00 | 0.00 | | | | $0.00 |
| AMERICREDIT FINANCIAL SERVICES<br>P.O. BOX 78143<br>PHOENIX, AZ 85062-8143 | 402-0 | Uns | 4,554.00 | 910.82 | | | | $910.82 |
| CAPITAL ONE FINANCIAL<br>P.O. BOX 85167<br>RICHMOND, VA, 23285- | 403-0 | Uns | 578.28 | 102.88 | | | | $102.88 |
| CHEVRON CREDIT BANK<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010, SECTION 230<br>CONCORD, CA 94524-0010 | 404-0 | Uns | 654.86 | 132.67 | | | | $132.67 |
| ENCORE<br>4501 FORBES BLVD<br>LANHAM MD, 20706 | 405-0 | Uns | 300.02 | 0.00 | | | | Not Filed |
| FBCS COLLECTION AGENCY<br>6801 FRANKFORD AVE BLDG-C<br>PHILADELPHIA, PA, 19135 | 406-0 | Uns | 600.36 | 0.00 | | | | Not Filed |
| GC SERVICES<br>6330 GULFTON T 6049<br>HOUSTON, TX, 77081 | 407-0 | Uns | 342.68 | 0.00 | | | | Not Filed |
| LAKE VALLEY RETRIEVALS<br>P.O. BOX 232339<br>SAN DIEGO, CA 92193- | 408-0 | Uns | 775.00 | 0.00 | | | | Not Filed |
| RESURGENT ACQUISITION<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 29603-0587 | 409-0 | Uns | 949.96 | 386.02 | | | | $386.02 |
| NCO FINANCIAL SYSTEMS<br>21250 HAWTHORNE BLVD., #400-L<br>TORRANCE, CA 90503- | 410-0 | Uns | 679.61 | 0.00 | | | | Not Filed |

FILED JUL 1 2 2004

Continued on Next Page

| In RE: | MARTINEZ, ESTEBAN | | | MARTINEZ, PATRICIA | | Case Number | 0223432 | Report Printed | 7/9/04 |
|---|---|---|---|---|---|---|---|---|---|

| Creditor Name | Clm Num | Class | Claimed | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP.<br>P.O. BOX 35480<br>NEWARK, NJ 07193-5480 | 411-0 | Uns | 550.80 | 274.28 | | | | $274.28 |
| ROBERTS & URE, A.P.C.<br>800 WILSHIRE BLVD., #1050<br>LOS ANGELES, CA 90017- | 666-0 | Leg | 1,900.00 | 2,000.00 | 1,900.00 | 100.00 | | $0.00 |
| NANCY CURRY, TRUSTEE<br>OPERATING ACCOUNT<br>PERCENTAGE FEES | TRS-0 | Tru | 0.00 | 436.28 | 436.28 | | | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $23,928.58 | $0.00 | $1,806.67 | $436.28 | $2,000.00 | $0.00 | $0.00 | | |
| Total Paid | $2,223.38 | $0.00 | $0.00 | $436.28 | $1,900.00 | $0.00 | $0.00 | | |
| Total Int Pd | $513.34 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $21,705.20 | $0.00 | $1,806.67 | $0.00 | $0.00 | | $0.00 | Total Paid | $5,073.00 |

Your Petitioner hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

WHEREFORE, your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

NANCY CURRY